# PD-1675-15

NO. WR-84,208-01

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

JOSE GARZA

V.

THE STATE OF TEXAS

From Appeal No. 14-12-00925-CR

Trial Cause No. 1325799-A----

Harris County

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

MOTION TO EXTEND TIME TO FILE PRO SE

PETITION FOR DISCETIONARY REVIEW

TO THE HONORABLE JUDGE OF SAID COURT:

Jose Garza Appellant, respectfully requests that the Court grant his motion to extend time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

I.

The Petitioner was convicted in the 177th District Court of Harris County, Texas of the offense of possession of a controlled substance in Cause No. 1325799, Styled State of Texas vs. Jose Garza. The Petitioner appealed to the Court of Appeals, Fourteenth Court Supreme Judicial District. The case affirmed on March 27, 2014.

II.

The present deadline for filing the Petition for Discretionary Review is January 16, 2016. The Petitioner has not requested any extension prior to this request.

## III.

On the 16th day of December 2015, Petitioner has submitted a Motion for En Banc Consideration.

## IV.

Appellant is requesting an extension of time so that the Appellant may file a pro se Petition for Discretionary Review. An extension of time is necessary so that the Appelant, who is not an attorney, may familialize himself with the rules governing the filing of a petition for discretionary review, adquately research his case, and draft his own PDR. This motion is not made for the purpose of delay.

Wherefore, Premises Considered, Appellant prays that this Honorable Court grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause and extend the time for filing the petition until March 16, 2016 (60 days).

Jose Garza

Petitioner, pro se
Texas Department of Criminal Justice
Hughes Unit
TDCJ# 1813274
Gatesville, Texas 76597

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this the day served on counsel for the State by mailing same to the following parties on this the 16th day of December 2016:

Harris County District Attorney's Office
Appellant Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

_Jose Garza_ 12/16/15
Petitioner, pro se